United States District Court
Southern District of Texas
ENTERED
JUL 17 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
JUL 16 1998
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SILVESTRE GARCIA | § | |
| | § | |
| VS. | § | |
| | § | |
| RUBEN CISNEROS, SILVER CISNEROS, | § | |
| ELIDA CISNEROS, INDIVIDUALLY | § | CIVIL ACTION NO. B-97-120 |
| | § | |
| VS. | § | |
| | § | |
| THE CITY OF COMBES | § | |
| AND SILVESTRE GARCIA | § | |

## ORDER

On this day came on to be considered the **initial pretrial conference** in the above-entitled and numbered case, accordingly:

IT IS HEREBY ORDERED THAT:

(1) Plaintiff is to respond to Motion to Dismiss on or before **August 31, 1998.**

(2) All discovery in this case must be completed by **February 12, 1999.** If additional time is required, a motion requesting such extension must be filed no later than **January 22, 1999.** Failure to file such motion shall preclude further discovery.

(3) All other motions, including joinder of parties must be filed no later than ten (10) days after the completion of discovery.

(4) A joint pretrial order, which conforms to the requirements of Appendix B Local Rules for the United States District Court for the Southern District of Texas shall be filed no later than **March 12, 1999.**

**THE PRETRIAL ORDER SHALL SERVE AS THE TRIAL PLEADING. FAILURE TO FILE THE PRETRIAL ORDER WITHIN THE TIME PERIOD INDICATED, WILL RESULT IN SANCTIONS OR DISMISSAL OF THIS CAUSE OF ACTION FOR WANT OF PROSECUTION, AS APPROPRIATE.**

(5) A final pretrial and settlement conference is set for **March 12, 1999 at 2:00 P.M.**

(6) Final Pretrial is set for **April 1, 1999 at 8:30 A.M.** before Judge Hilda G. Tagle. Jury selection is set for **April 2, 1999 at 8:30 A.M.** before Judge Hilda G. Tagle.

(7) Trial on the merits is set for **April 1999**, docket call.

DONE at Brownsville, Texas, on this 16th day of July 1998.

John Wm. Black
United States Magistrate Judge

ClibPDF - www.fastio.com