*13*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
**ENTERED**

**FEB 0 9 1999**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SILVESTRE GARCIA | § | |
| | § | |
| VS. | § | |
| | § | |
| SILVER CISNEROS | § | CIVIL ACTION NO B-97-120 |
| | § | |
| VS. | § | |
| | § | |
| CITY OF COMBES | § | |

**ORDER**

On this day, came on to be heard PLAINTIFF, SILVESTRE CISNEROS' Motion to Voluntary Dismiss claims against the Defendant, City of Combes and Silvestre Garcia, in his official capacity. After having considered the same, this Court is of the opinion that said Motion should be GRANTED.

IT IS THEREFORE ORDERED that the claims brought by PLAINTIFF SILVESTRE CISNEROS against the Defendants City of Combes and Silvestre Garcia in his Official Capacity are hereby DISMISSED WITHOUT PREJUDICE, and that the remaining portions of this case, shall be remanded back to the State Court in Cameron County, Texas.

SIGNED this ___9___ day of ___February___, 1998.

_____
JUDGE PRESIDING